# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT GORDON OWEN, | CASE NO.: 1:08-cv-01124 DLB P |
| Plaintiff, | ORDER STRIKING COMPLAINT |
| v. | (Doc. 1) |
| KEN CLARK, et. al., | ORDER REQUIRING PLAINTIFF TO FILE AN AMENDED COMPLAINT WITHIN 30 DAYS |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. On August 4, 2008, plaintiff filed with this court an undated and unsigned civil rights complaint. (Doc. 1).

Plaintiff is advised that each document submitted for filing must include the original signature of the filing party or parties. Local Rule 7-131; Fed. R. Civ. P. 11(a).

Accordingly, plaintiff's complaint, filed August 4, 2008 is HEREBY STRICKEN. Plaintiff is ordered to file an amended complaint within thirty (30) days of service of this order. Failure to comply with this court order will result in a recommendation that this action be dismissed for plaintiff's failure to obey a court order.

IT IS SO ORDERED.

Dated:   **August 25, 2008**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1