# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Herbert Gordon Owen, | ) | No. CV 1-08-01124-NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Ken Clark, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order of February 13, 2009 (doc. # 13), and the Plaintiff having failed to pay the filing fee or to file an application to proceed *in forma pauperis*,

IT IS ORDERED that the Clerk enter judgment dismissing this action without prejudice for failure to pay the filing fee. The Clerk shall terminate this action.

DATED this 9th day of April, 2009.

Neil V. Wake
United States District Judge